# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Ephesian Jamison Sr.,

        Plaintiff(s),                        JUDGMENT IN A CIVIL CASE

vs.                                                  3:12-cv-150-RJC

P. Hawk,
Andrew Murray

        Defendant(s).


DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 30, 2012 Order.

                                                          Signed: May 31, 2012

_____
Frank G. Johns, Clerk
United States District Court